IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

    Plaintiff,

v.                            CASE NO. 4:16cv663-RH/CAS

JULIE JONES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, the objections, ECF No. 9, and collateral motions, ECF Nos. 2, 6, 7, and 11. I have reviewed de novo the issues raised by the objections.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed." The clerk must close the file.

SO ORDERED on December 5, 2016.

Case No. 4:16cv663-RH/CAS

        <u>s/Robert L. Hinkle     </u>
        United States District Judge